**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFREY M. YOUNG-BEY )<br> )<br>        Plaintiff,             )<br> )          Civil Action No.: 16-1032<br> )<br> )<br>UNITY MEDICAL HEALTHCARE )<br>L. KECK, MD )<br>A. DESAU, MD )<br>A. MARSHALL, MD )<br>1901 D Street, S.E. )<br>Washington, D.C. 20003, )<br> )<br>        Defendants.           ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

Defendants, Dr. L. Keck, Dr. A. Desau, Dr. A. Marshall ("Federal Defendants"), are employees of Unity Medical HealthCare, Inc., a grantee of the Department of Health & Human Services by operation of the Federally Supported Health Centers Assistance Act ("FSHCAA" or the Act") (42 U.S.C. § 233(g)-(n)), through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(l), 1446, 1346(b), 2401(b), and 2671-80. In support of that notice, Federal Defendants state as follows:

1. Plaintiff filed a civil action styled JEFFREY M. YOUNG-BEY v. UNITY MEDICAL HEALTHCARE, et al., now pending in the Superior Court of the District of Columbia, Civil Action No.: 2015 CA 009644B, before the Honorable Michael O'Keefe, Associate Judge.

2. The Plaintiff filed the complaint on or around November 24, 2015.

3. The Plaintiff seeks damages in an amount of $7,500,000.00 (Seven Million, Five Hundred Thousand Dollars) and injunctive relief for deliberate indifference to serious medical

need and medical malpractice. Compl. ¶¶ 25-36.

4.     A certification, pursuant to 28 U.S.C. § 2679(d) is attached hereto, substituting the United States as the sole Defendant in this action for any common law claims Plaintiff may be seeking to assert against Federal Defendants for alleged acts performed under color of their office. (Exhibit A).

5.     Pursuant to 28 U.S.C. § 2679, the United States is the only proper defendant in a suit cognizable under the Federal Torts Claims Act ("FTCA"), that is a tort suit seeking monetary damages for injuries caused by federal employees acting within the scope of their federal employment.  *See* 28 U.S.C. § 2679.  Therefore, Plaintiff may not bring such a suit against individual federal agencies, or employees, but may bring a suit against the United States.

6.     Because this suit is against the United States pursuant to the FTCA, Plaintiff's claims are ones for which the District Court has original jurisdiction.  Therefore removal is authorized by 42 U.S.C. § 233 and 28 U.S.C. § 1441(a).

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1346(b), 1441, 1442(a)(1), 1446, 2401(b), and 2671-80.

Dated: June 1, 2016                         Respectfully submitted,

                                            CHANNING D. PHILLIPS
                                            UNITED STATES ATTORNEY
                                            D.C. BAR NUMBER 415793

                                            DANIEL F. VAN HORN, D.C. Bar No. 924092
                                            Chief, Civil Division


                                            _____/s/_____
                                            RHONDA L. CAMPBELL, D.C. Bar No. 462402
                                             Assistant United States Attorneys
                                             Civil Division
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 252-2559
                                            Rhonda.campbell@usdoj.gov

                                            *Counsel for United States*

<u>CERTIFICATE OF SERVICE</u>

I certify that on June 1, 2016, I caused copies of the foregoing Notice of Removal of Civil Action, Certification and attachments to be served by first class mail upon:

JEFFREY M. YOUNG-BEY
North Branch Correctional Institution
14100 McMullen Hwy SW
Cumberland, MD 21502

                                           /s/
                               RHONDA L. CAMPBELL
                               Assistant United States Attorney