APPEAL,CLOSED

# U.S. District Court
# District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:16−cv−01032−CKK

| | |
|---|---|
| YOUNG−BEY v. UNITY MEDICAL HEALTHCARE et al | Date Filed: 06/01/2016 |
| Assigned to: Judge Colleen Kollar−Kotelly | Date Terminated: 11/21/2016 |
| Demand: $7,500,000 | Jury Demand: None |
| Case in other court:   USCA, 16−07148 | Nature of Suit: 362 Personal Inj. Med. Malpractice |
| Superior Court of the District of Columbia, 2015 CA 009644 B | Jurisdiction: U.S. Government Defendant |
| Cause: 28:1441 Petition for Removal− Medical Malpractice | |

**Plaintiff**

**JEFFREY M YOUNG−BEY**  represented by  **JEFFREY M YOUNG−BEY**
DORSEY RUN CORRECTIONAL INSTITUTION
2020 Toulson Road
JESSUP, MD 20794
PRO SE

V.

**Defendant**

**UNITY MEDICAL HEALTHCARE**  represented by  **Rhonda Lisa Campbell**
U.S. ATTORNEY'S OFFICE
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 252−2559
Fax: (202) 514−8780
Email: rhonda.campbell@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**A. MARSHALL, M.D.**  represented by  **Rhonda Lisa Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**L. KECK, M.D.**  represented by  **Rhonda Lisa Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**A. DESAU, M.D.**  represented by  **Rhonda Lisa Campbell**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/01/2016 | 1 | | NOTICE OF REMOVAL from Superior Court of the District of Columbia, case number 2015 CA 009644 B filed by L. KECK, M.D., A. MARSHALL, M.D., UNITY MEDICAL HEALTHCARE, A. DESAU, M.D.. (Attachments: # 1 Superior Court Documents Complaint, # 2 Exhibit A, # 3 Civil Cover Sheet)(Campbell, Rhonda) (Entered: 06/01/2016) |
| 06/01/2016 | | | Case Assigned to Judge Colleen Kollar−Kotelly. (sth) (Entered: 06/02/2016) |
| 06/02/2016 | 2 | | NOTICE to Counsel/Party. (sth) (Entered: 06/02/2016) |
| 06/02/2016 | 3 | | NOTICE of Appearance by Rhonda Lisa Campbell on behalf of All Defendants (Campbell, Rhonda) (Entered: 06/02/2016) |
| 06/03/2016 | 4 | | ORDER Establishing Procedures for Cases Assigned to Judge Colleen Kollar−Kotelly. Signed by Judge Colleen Kollar−Kotelly on June 3, 2016. (NS) (Entered: 06/03/2016) |
| 06/03/2016 | 5 | | Receipt on 6/3/2016 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 15−CA−9644. (zrdj) (Entered: 06/03/2016) |
| 06/09/2016 | 6 | | MOTION to Dismiss for Lack of Jurisdiction by A. DESAU, M.D., L. KECK, M.D., A. MARSHALL, M.D., UNITY MEDICAL HEALTHCARE (Attachments: # 1 Memorandum in Support, # 2 Declaration Meredith Torres)(Campbell, Rhonda) (Entered: 06/09/2016) |
| 06/09/2016 | 7 | | CERTIFICATE OF SERVICE by A. DESAU, M.D., L. KECK, M.D., A. MARSHALL, M.D., UNITY MEDICAL HEALTHCARE re 6 MOTION to Dismiss for Lack of Jurisdiction . (Campbell, Rhonda) (Entered: 06/09/2016) |
| 06/10/2016 | 8 | | Order advising plaintiff to respond by 7/22/2016 to defendants' 6 MOTION to Dismiss, or the Court will treat the motion as conceded. Signed by Judge Colleen Kollar−Kotelly on 6/10/16. (ms) (Entered: 06/10/2016) |
| 06/10/2016 | | | Set/Reset Deadlines: Response to 6 Motion to Dismiss due by 7/22/2016. (dot) (Entered: 06/13/2016) |
| 06/11/2016 | 9 | | ERRATA *Declaration of Meredith Torres (Corrected)* by A. DESAU, M.D., L. KECK, M.D., A. MARSHALL, M.D., UNITY MEDICAL HEALTHCARE 6 MOTION to Dismiss for Lack of Jurisdiction filed by L. KECK, M.D., A. MARSHALL, M.D., A. DESAU, M.D., UNITY MEDICAL HEALTHCARE. (Campbell, Rhonda) (Entered: 06/11/2016) |
| 06/13/2016 | 10 | | MOTION to Remand to State Court by JEFFREY M YOUNG−BEY (Attachments: # 1 Text of Proposed Order)(td) (Entered: 06/15/2016) |

| 07/05/2016 | 12 | | MOTION to defer opposition pending ruling on Motion to Remand by JEFFREY M YOUNG−BEY (zrdj) (Entered: 07/07/2016) |
| --- | --- | --- | --- |
| 07/05/2016 | 13 | | NOTICE OF PROPER MAILING ADDRESS by JEFFREY M YOUNG−BEY (zrdj) (Entered: 07/07/2016) |
| 07/05/2016 | 14 | | MOTION to Remand to State Court by JEFFREY M YOUNG−BEY (zrdj) (Entered: 07/07/2016) |
| 07/06/2016 | 11 | | ORDER denying 10 plaintiff's Motion to Remand to State Court. Signed by Judge Colleen Kollar−Kotelly on 7/6/16. (ms) (Entered: 07/06/2016) |
| 07/12/2016 | 15 | | ORDER that the plaintiff's Second Motion to Remand Case Back to the Superior Court of the District of Columbia 14 is DENIED for the same reason set forth in the Court's July 6, 2016 order 11 denying the plaintiff's first Motion to Remand Case Back to the Superior Court of the District of Columbia 10 . The Plaintiff's Motion to Defer Opposition Pending Ruling on Prior Motion to Remand Matter to D.C. Superior Court 12 , which the Court construes as a motion for an extension of time is GRANTED. The Plaintiff shall file his opposition to the Defendant's Motion to Dismiss 6 by 8/24/2016. Signed by Judge Colleen Kollar−Kotelly on 7/12/16. (dot) (Entered: 07/12/2016) |
| 07/25/2016 | 16 | | Memorandum in opposition to re 6 MOTION to Dismiss for Lack of Jurisdiction filed by JEFFREY M YOUNG−BEY. (td) (Entered: 07/25/2016) |
| 07/25/2016 | 17 | | SUPPLEMENTAL MEMORANDUM to re 16 Memorandum in Opposition filed by JEFFREY M YOUNG−BEY. (td) (Entered: 07/27/2016) |
| 08/04/2016 | 18 | | REPLY to opposition to motion re 6 MOTION to Dismiss for Lack of Jurisdiction filed by A. DESAU, M.D., L. KECK, M.D., A. MARSHALL, M.D., UNITY MEDICAL HEALTHCARE. (Campbell, Rhonda) (Entered: 08/04/2016) |
| 08/15/2016 | 19 | | SURREPLY to re 6 MOTION to Dismiss for Lack of Jurisdiction filed by JEFFREY M YOUNG−BEY. (td) (Entered: 08/16/2016) |
| 10/20/2016 | 20 | | Renewed MOTION to Remand Case by JEFFREY M YOUNG−BEY (td) (Entered: 10/21/2016) |
| 11/21/2016 | 21 | | MEMORANDUM AND OPINION. Signed by Judge Colleen Kollar−Kotelly on 11/21/16. (ms) (Entered: 11/21/2016) |
| 11/21/2016 | 22 | | ORDER granting 6 Defendant's Motion to Dismiss and denying 20 Plaintiff's Renewed Motion to Remand Case. This is a final appealable Order. Signed by Judge Colleen Kollar−Kotelly on 11/21/16. (ms) (Entered: 11/21/2016) |
| 11/23/2016 | 23 | | NOTICE of Change of Address by JEFFREY M YOUNG−BEY (td) (Entered: 11/28/2016) |

| | | | |
|---|---|---|---|
| 12/08/2016 | 24 | | NOTICE OF APPEAL as to 22 Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion for Order, 21 Memorandum & Opinion by JEFFREY M YOUNG−BEY. Fee Status: No Fee Paid. Parties have been notified. (td) (Entered: 12/12/2016) |
| 12/12/2016 | 25 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court re 24 Notice of Appeal. (td) (Entered: 12/12/2016) |
| 12/13/2016 | | | USCA Case Number 16−7148 for 24 Notice of Appeal filed by JEFFREY M YOUNG−BEY. (zrdj) (Entered: 12/13/2016) |
| 12/29/2016 | 26 | | ORDER of USCA ORDERED that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance and that this case be held in abeyance pending further order of the court as to 24 Notice of Appeal filed by JEFFREY M YOUNG−BEY. USCA Case Number 16−7148. (zrdj) (Entered: 01/23/2017) |
| 12/29/2016 | 27 | | MOTION for Leave to Appeal in forma pauperis by JEFFREY M YOUNG−BEY (zrdj) (Entered: 01/23/2017) |
| 01/23/2017 | | 5 | MINUTE ORDER: Plaintiff's 27 Motion for Leave to Appeal in forma pauperis is GRANTED. Signed by Judge Colleen Kollar−Kotelly on 1/23/17. (ms) (Entered: 01/23/2017) |
| 01/23/2017 | 28 | | MOTION for Leave to Appeal in forma pauperis by JEFFREY M YOUNG−BEY (td) (Entered: 01/23/2017) |

**Notice of Electronic Filing**

The following transaction was entered on 1/23/2017 at 2:53 PM EDT and filed on 1/23/2017

**Case Name:** YOUNG−BEY v. UNITY MEDICAL HEALTHCARE et al
**Case Number:** 1:16−cv−01032−CKK
**Filer:**
**WARNING: CASE CLOSED on 11/21/2016**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: Plaintiff's [27] Motion for Leave to Appeal in forma pauperis is GRANTED. Signed by Judge Colleen Kollar−Kotelly on 1/23/17. (ms)**


**1:16−cv−01032−CKK Notice has been electronically mailed to:**

Rhonda Lisa Campbell    rhonda.campbell@usdoj.gov, cindy.parker@usdoj.gov

**1:16−cv−01032−CKK Notice will be delivered by other means to::**

JEFFREY M YOUNG−BEY
DORSEY RUN CORRECTIONAL INSTITUTION
2020 Toulson Road
JESSUP, MD 20794